**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | **No. H-25-376** |
| **v.** | § | |
| | § | |
| **DERRICK DEON LOTT, JR** | § | |
| | § | |
| **Defendant.** | § | |

## GOVERNMENT'S NOTICE NOT TO SEEK THE DEATH PENALTY

The United States hereby notifies the Court and the parties that it has elected not to seek

the punishment of death against defendant, Derrick Deon Lott, Jr., for the capital crimes charged

in the Indictment, filed July 15, 2025 (Docket No. 1).

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

By: /s/__*Jill Jenkins Stotts*_____
JILL JENKINS STOTTS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been

furnished to all attorneys of record for Defendant, Derrick Deon Lott, Jr., via electronic

transmission on this the 17th day of April, 2026.

*/S/__Jill Jenkins Stotts*_____
JILL JENKINS STOTTS
Assistant United States Attorney